Kevin F. Kieffer (Bar No. 192193)
kevin.kieffer@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone: 949.622.2700
Facsimile:  949.622.2739

Attorneys for Defendant/Counter-Plaintiff
GREAT AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BOARDRIDERS, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 8:21-cv-01260-JLS-JDE<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO STAY PROCEEDINGS**<br><br>Compl. Filed:   July 26, 2021<br><br>Judge:   Hon. Josephine L. Staton |
| GREAT AMERICAN INSURANCE COMPANY,<br><br>　　　　　Counter-Claimant,<br><br>v.<br><br>BOARDRIDERS, INC.,<br><br>　　　　　Counter-Defendant. | |

The parties are pleased to report that, thanks to both parties' efforts, this matter has settled in all respects, including: Plaintiff's claims for breach of contract, declaratory relief, bad faith, special and consequential damages, punitive and exemplary damages, pre- and post-judgment interest, and attorneys' fees and costs;

120467167

and Defendant's claims for declaratory relief, reimbursement, pre- and post-judgment interest, and attorneys' fees and costs.[1] The parties are currently preparing a written settlement agreement. In the meantime, and consistent with Judge Staton's Procedures set forth on the Court's website, the parties request this Court to stay all proceedings in this case pending the filing of a stipulation of dismissal, which the Parties hope to file on or before December 3, 2021. (*See also Mayfield v. City of L.A.*, No. 2:20-cv-07120-SB-AS, 2021 U.S. Dist. LEXIS 134462 (C.D. Cal. July 15, 2021)).

Dated: October 26, 2021    TROUTMAN PEPPER
                           HAMILTON SANDERS LLP

                           */s/ Kevin F. Kieffer*[2]
                           Kevin F. Kieffer

                           Attorneys for Defendant/Counter-Plaintiff
                           *Great American Insurance Company*

Dated: October 26, 2021    HUNTON ANDREWS KURTH LLP


                           */s/ Scott P. DeVries*
                           Scott P. DeVries

                           Attorney for Plaintiff/Counter-Defendant
                           *Boardriders, Inc.*

---

[1] The parties to the related case, *Great American Insurance Company v. National Union Fire Insurance Company of Pittsburgh, PA and AIG Europe S.A.*, No. 2:21-cv-06945-JLS-JDE, have also reached a settlement in all respects, and will be filing a separate Notice on the docket of that action.

[2] I, the undersigned, am the ECF user whose identification and password are being used to file this document. I hereby attest and represent, in compliance with Civil L.R. 5-4.3.4(2), that all other signatories listed above, and on whose behalf the filing is submitted, have concurred in this filing and have approved its contents.